AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anderson, Jr., George R | U. S. District Court, SC | 04/28/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge (Active) | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Post Office Box 2147<br>Anderson, SC 29622 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Foundation Council; Emeritus Member - Board of Visitors & Directors | Anderson University |
| 2. Honorary Chairman, Library Committee | Anderson University |
| 3. Founders Council | Clemson University Calhoun Lecture Series |
| 4. Honorary Member, Board of Directors | Anderson Area YMCA |
| 5. | |

2006 MAY -9 A 10: 28
FINANCIAL DISCLOSURE OFFICE
RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 04/28/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Charleston School of Law | March 2-4, 2005, Charleston, SC: Panel Member, Federal Sentencing Guidelines Institute [Meals and Room] |
| 2. Southeastern American Board of Trial Advocates [SEABOTA] | April 7-10, 2005, New Orleans, LA: Panel Member, "Punitive Damages" [Transportation, Meals, and Room] |
| 3. SC Trial Lawyers Association | August 3-6, 2005, Hilton Head, SC: Convention Guest [Room, Registration Fee] |
| 4. Charleston School of Law | October 20-21, 2005, Charleston, SC: ABA Accreditation Committee Meeting & Reception [Room] |
| 5. SC Trial Lawyers Association | December 1-4, 2005, Atlanta, GA: Convention Speaker [Room] |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 04/28/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PROPERTY #1, ANDERSON, SC | | None | J | W | | | | | |
| 2. INSURED MUNICIPAL INCOME TRUST BOND (9.36%) | A | Interest | J | T | P. Redeem | 1/25 | J | | |
| 3. | | | | | P. Redeem | 12/25 | J | | |
| 4. COMMUNITY FIRST BANCORPORATION COMMON STOCK | A | Dividend | L | T | | | | | |
| 5. SC RESOURCES AUTHORITY LOCAL GOVERNMENT BOND (7.2%) | C | Interest | K | T | | | | | |
| 6. CHARLESTON CO. SC HOSPITAL BOND (5.625%) | B | Interest | | | Redeem | 8/15 | K | B | |
| 7. SC STATE HOUSING AUTHORITY BOND (6.45%) | C | Interest | K | T | P. Redeem | 1/1 | J | A | |
| 8. CHARLESTON CO. SC HOSPITAL BOND (5.625%) | B | Interest | | | Redeem | 8/15 | K | A | |
| 9. DARLINGTON CO. SC BOND (6.125%) | C | Interest | L | T | | | | | |
| 10. RICHLAND-LEXINGTON SC AIRPORT BOND (6.125%) | A | Interest | | | Redeem | 1/3 | K | | |
| 11. CHARLESTON CO. SC BOND (5.5%) | B | Interest | | | Redeem | 6/1 | L | | |
| 12. CHARLESTON CO. SC BOND (5.5%) | D | Interest | | | Redeem | 6/1 | M | | |
| 13. THE SOUTH FINANCIAL GROUP, INC. COMMON STOCK | C | Dividend | M | T | | | | | |
| 14. COMMUNITY CAPITAL CORP. COMMON STOCK (BELTON BANK) | A | Dividend | K | T | | | | | |
| 15. PROPERTY #2, ANDERSON, SC | | None | L | W | | | | | |
| 16. SPARTANBURG COUNTY SC HEALTH SERVICES BOND (5.5%) | D | Interest | L | T | | | | | |
| 17. LEXINGTON CO. SC HOSPITAL BOND (5.125%) | C | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPARTANBURG CO. SC HEALTH SERVICES BOND (5.125%) | D | Interest | M | T | | | | | |
| 19. SC PUBLIC SERVICE AUTHORITY BOND (5%) | A | Interest | | | Redeem | 3/31 | K | | |
| 20. BANK OF ANDERSON ACCOUNTS | A | Interest | M | T | | | | | |
| 21. GRANDSOUTH BANCORPORATION COMMON STOCK | A | Dividend | L | T | | | | | |
| 22. PEOPLES BANCORPORATION, INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 23. REGIONS FINANCIAL CORP. COMMON STOCK | C | Dividend | L | T | | | | | |
| 24. SC PUBLIC SERVICE AUTHORITY BOND (5.125%) | D | Interest | M | T | | | | | |
| 25. FLORENCE CO. HOSPITAL BOND (4.75%) | B | Interest | K | T | | | | | |
| 26. HORRY CO. HOSPITAL BOND (5.00%) | B | Interest | K | T | | | | | |
| 27. ORANGEBURG CO. SC BOND (5.70%) | D | Interest | M | T | | | | | |
| 28. MSDW IRA #1 | C | Dividend | K | T | | | | | |
| 29. - MSDW AMERICAN OPPORTUNITIES B MUTUAL FUND | | | | | | | | | |
| 30. - MSDW DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | |
| 31. MSDW IRA #2 | A | Dividend | J | T | | | | | |
| 32. - MSDW AMERICAN OPPORTUNITIES B MUTUAL FUND | | | | | | | | | |
| 33. - MSDW DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | |
| 34. MANDATORY IRA DISTRIBUTION: M SDW IRA #1 | B | Distribution | | | Distribution | 12/16 | | | See Note #1, Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MSDW GROWTH SEC. B FUND (MUTUAL FUND) | | None | | | Sell | 1/19 | N | | |
| 36. MSDW AMERICAN OPP. FUND B [MUTUAL FUND] | | None | | | Exchange | 1/18 | L | | See Note #2, Part VIII |
| 37. MSDW CAPITAL OPPORTUNITIES FUND (MUTUAL FUND) | | None | | | Exchange | 1/19 | J | | See Note #3, Part VIII |
| 38. MS S&P 500 B FUND [MUTUAL FUND] | B | Dividend | L | T | Exchange | 1/18 | L | | See Note #4, Part VIII |
| 39. | | | | | Exchange | 1/19 | J | | See Note #5, Part VIII |
| 40. MANDATORY IRA DISTRIBUTION: MSDW IRA #2 | A | Distribution | | | Distribution | 12/16 | | | See Note #6, Part VIII |
| 41. SC TRANSPORTATION INFRA-STRUCTURE BOND (5.375%) | D | Interest | N | T | | | | | |
| 42. HILTON HEAD ISLAND SC GEN. OBL. BOND (5.50%) | B | Interest | K | T | | | | | |
| 43. UNIVERSITY OF SC BOND (5.75%) | C | Interest | K | T | | | | | |
| 44. LEXINGTON CO. SC WATER & SEWER BOND (5.45%) | D | Interest | M | T | | | | | |
| 45. GREENVILLE HOSPITAL SYSTEM BOND (5.25%) | C | Interest | L | T | | | | | |
| 46. SC TRANSPORTATION INFRASTRUCTURE BOND (5.25%) | C | Interest | K | T | | | | | |
| 47. THREE RIVERS SOLID WASTE BOND (5.30%) | D | Interest | M | T | P. Redeem | 1/6 | K | | |
| 48. GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | D | Interest | M | T | | | | | |
| 49. SC PUBLIC SERVICE AUTH. BOND (5.125%) | C | Interest | K | T | | | | | |
| 50. GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | C | Interest | L | T | | | | | |
| 51. MSDW AMERICAN GROWTH FUND OF AMERICA B MUTUAL FUND | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BEAUFORT-JASPER SC WATER & SEWER BOND (5.00%) | C | Interest | L | T | | | | | |
| 53. SC STATE HOUSING DEVELOPMENT BOND (5.125%) | A | Interest | J | T | | | | | |
| 54. SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) | B | Interest | K | T | | | | | |
| 55. SPARTANBURG CO. SC HOSPITAL BOND (5.25%) | D | Interest | M | T | | | | | |
| 56. SC STATE PUB SVC AUTH SANTEE COOPER BOND 5.125 | E | Interest | N | T | | | | | |
| 57. SC TRANSPORTATION INFRASTRUCTURE BOND (5.10%) | D | Interest | M | T | | | | | |
| 58. LEXINGTON CO. SC WATER & SEWER BOND (5.00%) | D | Interest | M | T | | | | | |
| 59. SC PUB SVC AUTH SANTEE COOPER BOND 5.125 | D | Interest | M | T | | | | | |
| 60. VAN KAMPEN COMSTOCK B MUTUAL FUND | B | Divided | L | T | | | | | |
| 61. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 62. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 63. SC TRANSPORTATION INFRA. BOND (5%) | C | Interest | L | T | | | | | |
| 64. SC TRANSPORTATION INFRA. BOND (5.10%) | C | Interest | L | T | | | | | |
| 65. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | L | T | | | | | |
| 66. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 67. GREENVILLE HOSPITAL SYSTEMS FACILITY REV. BOND (4.6%) | A | Interest | J | T | | | | | |
| 68. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | L | T | | | | | |
| 70. SC STATE PUB SVC AUTH SANTEE COOPER BOND 4.75% | B | Interest | K | T | | | | | |
| 71. SC STATE PUB SVC AUTH SANTEE COOPER BOND 4.75 | C | Interest | L | T | | | | | |
| 72. BEAUFORT CO. SC TAX REVENUE BLUFFTON BOND (5.00%) | B | Interest | K | T | | | | | |
| 73. SC STATE PUB SVC AUTH SANTEE COOPER BOND 5.125 | B | Interest | K | T | | | | | |
| 74. MSDW JP MORGAN MID CAP VALUE B FUND | A | Dividend | K | T | | | | | |
| 75. COLLEGE OF CHARLESTON BOND (5%) | C | Interest | L | T | | | | | |
| 76. BERKELEY CO. SC WATER & SEWER BOND (5%) | B | Interest | K | T | | | | | |
| 77. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | C | Interest | L | T | | | | | |
| 78. MSDW JP MORGAN MID CAP VALUE C FUND | C | Dividend | M | T | Buy | 1/24 | M | | |
| 79. | | | | | Buy | 1/31 | J | | |
| 80. MSDW VAN KAMPEN COMSTOCK C FUND | D | Dividend | M | T | Buy | 1/25 | M | | |
| 81. | | | | | Buy | 1/31 | J | | |
| 82. INDEPENDENCE BANCSHARES, INC. COMMON STOCK | | None | J | T | Buy | 6/22 | J | | |
| 83. MEDICAL UNIVERSITY SC HOSPITAL BOND 5.00% | C | Interest | L | T | Buy | 1/25 | M | | |
| 84. EASLEY SC UTILITY REV. BOND 4.50% | C | Interest | L | T | Buy | 4/13 | L | | |
| 85. UNIVERSITY OF SC BOND 4.25% | B | Interest | L | T | Buy | 6/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. UNIVERSITY OF SC BOND 4.25% | C | Interest | M | T | Buy | 6/10 | M | | |
| 87. ANDERSON CO. MUN. WATER & SEWER BOND 5.00% | | None | J | T | Buy | 8/22 | K | | |
| 88. COLUMBIA, SC WATER & SEWER BOND 5.00% | | None | K | T | Buy | 8/31 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 04/28/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, line 34: 7th mandatory IRA withdrawal. IRA information listed in Part VII, line 28.

2) Part VII, line 36: Equally exchanged for ▮▮▮▮ Shares of MS S&P 500 B Fund . Exchange information and disclosure information for MS S&P 500 B Fund is listed on Line 38.

3) Part VII, line 37: Equally exchanged for ▮▮▮ Shares of MS S&P 500 B Fund. Exchange Information for MS S&P 500 B Fund is listed on line 39 and disclosure information is listed on line 38.

4) Part VII, line 38: Obtained ▮▮▮▮ Shares of MS S&P 500 B Fund on 1/18/2005 from equal exchange of ▮▮▮▮ Shares of American Opportunities B Mutual Fund.

5) Part VII, line 39. Obtained ▮▮▮▮ hares of MS S&P 500 B Fund on 1/19/2005 from equal exchange of ▮▮▮ Shares of Capital Opportunities Fund. Full disclosure information for S&P 500 B Fund is listed on Line 38.

6) Part VII, Line 40. 6th mandatory IRA withdrawal. IRA information listed in Part VII, line 31.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___APRIL 28, 2006_____

GEORGE R. ANDERSON, JR.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544